UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

                                     Case Number: 09-20583
v.                                   Honorable Thomas L. Ludington

WILLIE JEAN DAWSON,

          Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING
DEFENDANT'S PLEA OF GUILTY AS TO COUNT ONE OF THE INDICTMENT, AND
TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

A plea hearing was conducted on April 20, 2011, by United States Magistrate Judge Charles

E. Binder pursuant to the defendant's consent. The magistrate judge issued his report on April 22,

2011, recommending that this Court accept the defendant's plea of guilty as to count one of the

indictment. As of today's date, no party has filed any objections to the magistrate judge's report and

recommendation. The election to not file objections to the magistrate judge's report releases the

Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt.

#40] is **ADOPTED**.

It is further **ORDERED** that the defendant's plea of guilty as to count one of the indictment

is **ACCEPTED**, and the Rule 11 Plea Agreement [Dkt. #38] is taken **UNDER ADVISEMENT**.

                                s/Thomas L. Ludington
                                THOMAS L. LUDINGTON
                                United States District Judge

Dated: May 16, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 16, 2011.

s/Tracy A. Jacobs
TRACY A. JACOBS